UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



2007 SEP 11 AM 10: 10

CLERK
S.D. OF FL. - MIAMI

CASE NO.: **07-22369**
**CIV - GOLD**
MAGISTRATE JUDGE
TURNOFF

JAMES VAN ELSWYK,

    Defendant/Petitioner,

vs.

D. WOMBACKER,
Assistant Warden, MIAMI F.D.C.,
UNITED STATES MARSHAL'S
SERVICE, MIAMI.
_____/

**EMERGENCY PETITION FOR**
**WRIT OF HABEAS CORPUS**

    Petitioner JAMES VAN ELSWYK, # 07427-028, presently incarcerated at Metropolitan Detention Center, through undersigned counsel, requests this court to issue a Writ of Habeas Corpus and states:

    1. Defendant/Petitioner was indicted in a case arising in the United States District Court in Indiana.

    2. At the time of the indictment, defendant was not in the district but became aware of the indictment and began to make arrangements for his surrender.

    3. Defendant suffered from tachycardia, bi-polar disorder and acute anxiety disorder along with other medical problems that were made known to the court prior to his surrender. In addition, defendant notified the court of the medication that he was required to take to avoid potential life-threatening illness.

    4. As a result of the notification to the court, it was ordered that the United States Marshal's Service as well as any institution that petitioner was sent to maintain the medication that he was required to be on throughout the pre-trial and subsequent sentencing.

    5. After sentencing, the court again re-instituted the order to maintain petitioner on all his present medication.

    6. Petitioner was transferred to Miami F.C.I. camp and was transported by the U.S. Marshal's service. At all times during his transfer, petitioner received the medications as ordered

by the court and maintained a reasonably healthful condition.

7. Upon arriving at Miami F.C.I. camp, petitioner again notified staff and medical personnel of his conditions and medications and requested that the medical staff follow the order of the court.

8. When he arrived at the above institution, petitioner was re-evaluated, mis-diagnosed and his medication without appropriate review or treatment.

9. Petitioner filed numerous administrative appeals within the Bureau of Prisons, but was advised that his treatment was appropriate and that the psychiatric evaluation would be implemented.

10. Petitioner, in over a year and a half has yet to see a psychiatrist and to be returned to the appropriate and effective medical treatment necessary for his health, welfare and safety.

11. After filing numerous administrative appeals requesting that a board certified psychiatrist review his file and determine an appropriate course of medical treatment.

12. Petitioner was transferred to F.D.C. Miami for further evaluation and review where he was told that he would be seen by a psychiatrist and obtain appropriate treatment.

13. Since his transfer, he has never been seen by a psychiatrist as the only one for the institution left the position before his arrival and no replacement has been added.

14. In addition to receiving incorrect and ineffectual treatment, petitioner was advised that he failed an institutional drug test by testing positive for cocaine.

15. Petitioner advised the appropriate authorities that he can not ingest cocaine as it would increase the tachycardia and result in his death. This positive test result, that did not indicate any of the prescribed medication in his system, resulted in him being removed from the drug program that he was scheduled for as a result of marijuana use.

16. Recently, petitioner was advised that his test had been mixed with that of another inmate and that there was no cocaine in his system. Although corrected, he no longer is eligible for drug treatment due to this administrative error.

17. In a similar case in this district in which undersigned was counsel, United States v. Julio Cipriani Jo, No: 93-470 CR HOEVELER, numerous requests by that defendant for medical care and treatment went unanswered. A petition was filed by undersigned and eventually Mr. Jo was transferred to Kentucky for treatment after 1 year of requests for appropriate care. Mr. Jo, who had been awaiting trial, died approximately 3 weeks after the transfer due to lack of timely medical care.

18. Petitioner has now suffered several attacks of tachycardia that have been serious and life threatening. Petitioner has approximately 1 year left on his sentence and unless immediate care and treatment is given, it is likely that he will not survive to see his release.

19. It is well established law that inmates are not to suffer "cruel and unusual" punishment, however, in the present circumstances, the instant incarceration of your petitioner amounts to the same.

16. Unless this court acts, it is believed and therefor averred that the lack of medical treatment of your petitioner amounts to a violation of the constitutional right to appropriate punishment, but not to what in this instance amounts to cruel and unusual punishment.

17. As a direct result of the denial of petitioner's continued request for competent medical care, his fundamental right of due process has been abrogated.

18. Petitioner has copies of all his requests under the required administrative procedures and all have been denied.

19. Unless this court acts expeditiously, these claims will become moot.

WHEREFORE, Petitioner JAMES VAN ELSWYK, requests this court to grant an emergency hearing in the above matter and for such other and further relief as the court may deem necessary.

Respectfully submitted,

*[signature]*
NEAL RANDOLPH LEWIS, ESQ.
9130 South Dadeland Boulevard
Two Datran Center, Penthouse 1A
Miami, Florida 33156
Telephone: (305) 254-2285
Facsimile: (305) 254-2288
Fl. Bar No: 249599

I, JAMES VAN ELSWYK, under penalty of perjury, have read the foregoing Petition and the facts contained therein are true.

Dated this _1_ day of _September_, 2007. *[signature]*
JAMES VAN ELSWYK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Emergency Petition for Writ of Habeas Corpus was served by hand/mail this  day of September, 2007 to:

Office of the United States Attorney
99 N.E. 4th Street
Miami, Florida  33132

Neal R. Lewis

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

## 07-22369

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**I. (a) PLAINTIFFS**
JAMES VAN ELSWYK

**DEFENDANTS**
Warden, F.D.C. MIAMI

**(b) County of Residence of First Listed Plaintiff** Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** MIAMI-DADE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
NEAL R. LEWIS
9130 S. Dadeland Blvd - PH 1A
Miami, Florida 33156

**Attorneys (If Known)**

CIV - GOLD

MAGISTRATE JUDGE TURNOFF

**(d) Check County Where Action Arose:** ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

DADE-07-22369-CV-GOLD-TURNOFF

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☒ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other / ☐ 550 Civil Rights / ☒ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☐ NO          b) Related Cases ☐ YES ☐ NO
JUDGE                                                    DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): Prisoner Rights - Lack of ordered medication + facility 28 USC 2255
LENGTH OF TRIAL via ½ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
Neal Randolph Lewis

DATE September 5, 2007

FOR OFFICE USE ONLY
AMOUNT $5.00   RECEIPT # 966276
09/11/07